CURTIS D. PARVIN, State Bar No. 116079
curtis.parvin@clydeco.us
MICHAEL S. WILDE, State Bar No. 324999
michael.wilde@clydeco.us
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200
Facsimile: (949) 567-7850

Attorneys for FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NOTE CHANGES MADE BY THE COURT

| | |
|---|---|
| LYLE TURNER and ALISON TURNER, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br> Defendant. | Case No. 2:20-cv-00851-MWF (AGRx) <br><br> ORDER RE JOINT STIPULATION TO AMEND SCHEDULE FOR MOTION FOR PROTECTIVE ORDER <br><br> Judge: Hon. Alicia G. Rosenberg <br> Date: October 26, 2020 <br> Time: 11:00 a.m. <br><br> The Hon. Michael W. Fitzgerald <br><br> Trial Date: September 28, 2021 <br><br> NOTE CHANGES MADE BY THE COURT |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, hereby orders the scheduling for Federal Insurance Company's motion for protective order be revised as follows:

| Event | Former Date | New Date |
|---|---|---|
| Federal to File Motion for Protective Order | October 12, 2020 | October 14, 2020 |
| Plaintiffs to File Opposition to Motion | October 19, 2020 | October 21, 2020 by 5:00 p.m. |

5212971

1

ORDER RE JOINT STIPULATION
TO AMEND SCHEDULE FOR MOTION FOR PROTECTIVE ORDER

| Event | Former Date | New Date |
|---|---|---|
| Federal to File Reply to Opposition (optional) | October 23, 2020 | October 23, 2020 |
| Hearing on the Motion | October 26, 2020 at 11:00 a.m. | October 26, 2020 at 11:00 a.m. |

DATED: October 13, 2020

*/s/ Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
United States Magistrate Judge

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

5212971

2

ORDER RE JOINT STIPULATION
TO AMEND SCHEDULE FOR MOTION FOR PROTECTIVE ORDER