1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE TURNER and ALISON TURNER, <br><br>        Plaintiffs, <br><br>        v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br>        Defendant. | Case No. 2:20-cv-00851-MWF-AGR <br><br> [PROPOSED] ORDER RE STIPULATION FOR ORDER TO MODIFY PROTECTIVE ORDER ENTERED AUGUST 26, 2020 (DOCKET NO. 31) <br><br> Complaint Filed:  January 28 ,2020 <br> Trial Date:      February 22, 2021 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1    The Court, having considered the stipulation of the Parties hereto, and good

2  cause appearing therefore, hereby orders that the "Protective Order re Defendant

3  Federal Insurance Company's Non-Public Insurance Policy Drafting Materials and

4  Claims Handling and Underwriting Guidelines," entered by this Court on August

5  26, 2020 as Docket No. 31, shall extend to the appraisal tools, data, forms, and

6  materials developed or used by Federal and its affiliates and associated companies,

7  including but not limited to tools, data, forms, and materials developed and

8  promulgated by Marshall & Swift/Boeckh (a CoreLogic company), produced in this

9  action after January 22, 2021.  All terms of the existent Protective Order shall apply

10  to these additional materials as if included in the original Protective Order at the

11  time of its filing with the Court.

12

13    IT IS SO ORDERED.

14

15

16  Dated: February 24, 2021

17                                                             Hon. Alicia G. Rosenberg
                                                                United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION FOR ORDER TO MODIFY
PROTECTIVE ORDER ENTERED AUGUST 26, 2020 (DOCKET NO. 31)