BLANK ROME LLP
David A. Thomas (SBN 215367)
DThomas@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Steven J. Roman (SBN 94431)
SRoman@BlankRome.com
1825 Eye Street NW
Washington, D.C. 20006
Telephone: 202.420.2200
Facsimile: 202.420.2201

Attorneys for Plaintiffs
Lyle Turner and Alison Turner

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE TURNER and ALISON TURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MWF (AGRx)<br><br>**NOTICE OF SETTLEMENT; REQUEST TO VACATE EVENTS AND RETAIN JURISDICTION PENDING SATISFACTION OF SETTLEMENT TERMS**<br><br>Compl.: January 28, 2020<br>Trial: January 11, 2022 |

|   |   |
|---|---|
| 1 | TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL: |
| 2 | Pursuant to Local Rule 40-2, Plaintiffs Lyle Turner and Alison Turner (the "Turners" or "Plaintiffs") advise that Plaintiffs and Defendant Federal Insurance Company ("Federal" or "Defendant") have reached an agreement to settle their dispute. Pursuant to the parties' agreement, Plaintiffs respectfully request: (1) the Court vacate the final pretrial conference scheduled for December 13, 2021; (2) the Court vacate the trial scheduled for January 11, 2021; and (3) the Court retain jurisdiction to enforce the settlement. Upon satisfaction of certain conditions in the settlement, the parties will request that the entire action be dismissed with prejudice. |

DATED: December 6, 2021        BLANK ROME LLP


By: /s/ Harrison M. Brown
      David A. Thomas
      Steven J. Roman
      Harrison M. Brown

Attorneys for Plaintiffs
Lyle Turner and Alison Turner