JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE TURNER and ALISON TURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MWF (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION**<br><br>Compl.: January 28, 2020<br>Trial:     Not set |

1  Upon the Stipulation of Plaintiffs Lyle Turner and Alison Turner (the "Turners"
2  or "Plaintiffs") and Defendant Federal Insurance Company ("Federal" or
3  "Defendant"), and good cause appearing, the Court ORDERS that (1) the entire action
4  is dismissed with prejudice and (2) the Court retains jurisdiction to enforce the terms
5  of the parties' settlement agreement.

7  DATED:  February 15, 2022

                                    _____
                                    MICHAEL W. FITZGERALD
                                    United States District Judge